IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00084-LTB

TRISTIAN SMITH,

    Plaintiff,

v.

IRS,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 29, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of February, 2016.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ A. García Gallegos
                          Deputy Clerk